LAW OFFICES OF SCOTT A. STEINBERG
*Attorney for Dependable Credit Corp.*
626 RXR Plaza, West Tower
Uniondale, New York 11556
(516) 522-2566
Scott A. Steinberg, Esq.
ssteinberg@saslawfirm.net


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

   ROSEMARY MANGROO,      Chapter 13
                  Case No. 14-13358 (ALG)

      Debtor.

---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

  **PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the LAW OFFICES OF SCOTT A.

STEINBERG  hereby appears as attorneys for Dependable Credit Corp., a creditor and party in

interest in the above-captioned case.  It is requested that copies of any and all notices, pleadings,

and orders be sent to:

LAW OFFICES OF SCOTT A. STEINBERG
*Attorney for Dependable Credit Corp.*
626 RXR Plaza, West Tower
Uniondale, New York 11556
(516) 522-2566
Scott A. Steinberg, Esq.
ssteinberg@saslawfirm.net

  **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007 of the

Bankruptcy Rules, the foregoing request includes not only the notice and papers referred to in the

rules specified above, but all other notices, papers and documents, including but not limited to:

copies of any application, motion, petition, pleading, request, complaint or demand, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned debtor (the

"Debtor"), property in the possession, custody or control of the Debtor or the above referenced

case.  Creditors also requests copies of all responses by the Debtor to requests for documents

and/or information made by Trustee.

Dated:  Uniondale, New York
        December 30, 2014

                                        LAW OFFICES OF SCOTT A. STEINBERG
                                        *Attorney for Dependable Credit Corp.*
                                        626 RXR Plaza, West Tower
                                        Uniondale, New York 11556
                                        (516) 522-2566
                                        ssteinberg@saslawfirm.net


                                        By:  */s/ Scott A. Steinberg*
                                              Scott A. Steinberg


To:     Harold S. Entes, Esq.
        1960 Williamsbridge Road
        Suite LD
        Bronx, NY 10461

        Jeffrey L. Sapir, Esq.
        Chapter 13 Trustee
        399 Knollwood Road
        Suite 102
        White Plains, N.Y. 10603